■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM LEON PAUL, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Motion granted to prosecute appeal on original papers, typewritten briefs, and time for argument of appeal enlarged to include November 1962 Term, and otherwise motion denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES T. CARTER, Appellant.— Motion to prosecute appeal as a poor person denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES M. BRYAN, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM A. TARPLEY, Appellant.— [In each case] Motion granted and appeal dismissed.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALEXANDER GRENLICK, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALLACE R. STOTTLEMEYER, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent. (C) THE PEOPLE OF THE STATE OF NEW YORK ex rel. KENNETH O. VAN SLYKE, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. (D) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES WILLIAMS and ANDREW WILLIAMS, Appellants.— [In each case] Motion to prosecute appeal as poor person, and for other relief, denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES MOORE, Appellant.— Motion to prosecute appeal as poor person and for other relief denied upon the ground that it does not appear that a timely appeal was taken from the order the defendant now attempts to review.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEO RATAJCZAK, Appellant, v. WALTER H. WILKINS, as Warden of Auburn Prison, Respondent. — Motion to prosecute appeal as a poor person, and for other relief denied.

■ In the Matter of EMANUEL V. OCCHIONERO.— Order of reinstatement as attorney and counselor at law entered.

■ THE PEOPLE OF THE STATE OF NEW YORK v. THEODORE COOK.— Order of substitution of attorneys entered. (Frank R. Bayger, Esq., for Laurence W. Finn, Esq.).

■ THE PEOPLE OF THE STATE OF NEW YORK v. HERMAN J. WOODCOCK.— Motion granted to prosecute appeal on original papers, typed briefs, and Ernest D. Leet, Esq., assigned as attorney.

■ WILLIAM MERINGOLA, Appellant, v. ARTHUR CHAMPION, JR., Respondent.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM LISS, Appellant.— Motion granted and appeal from order of Erie County Court entered November 15, 1961 dismissed.

■ GUSTAV ERBE, JR., et al., Appellants, v. LINCOLN ROCHESTER TRUST COMPANY OF ROCHESTER, NEW YORK, et al., Respondents. (And Another Action.) — Motion for an order designating a Trial Judge serving outside of the venue of the judicial district in which actions are pending to try said actions denied.

■ FLEET-WING CORPORATION, Respondent, v. PEASE OIL COMPANY et al., Appellants.— Motion granted to the extent that respondent, Fleet-Wing Corporation, is relieved from the stipulation waiving certification of the printed record on appeal. The settlement of the record is a matter for Special Term.